IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ESTRADA,

       Plaintiff,                                      Civil Action File No.
                                                      1:20-cv-01234-TWT

v.

BEALL'S, INC. a Foreign Profit
Corporation, d/b/a Beall's; BEALL'S
OUTLET STORES, INC., a Foreign
Profit Corporation, d/b/a Beall's Outlet,

       Defendants.
_____/

## JOINT STIPULATION AND ORDER
## FOR DISMISSAL WITH PREJUDICE

The parties to this action, through counsel, and pursuant to Federal Rule of

Civil Procedure 41 (a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated

settlement executed by them, to the dismissal With Prejudice of this action, including

all claims stated herein against all parties, with each party to bear its own attorneys'

fees and costs.

Dated: November 17, 2020

By:   */s/ Jacob R. Dean*                        */s/ Matthew N. Pope*
        Jacob R. Dean, Esq.                        Matthew N. Pope, Esq.
        Georgia Bar No. 180545                  Georgia Bar No. 584216
        deanj@gtlaw.com                           matt@mpopelaw.com
        Natasha L. Wilson, Esq.
        Georgia Bar No. 371233

wilsonn@gtlaw.com

**GREENBURG TRAURIG LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30303
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*Attorneys for Defendants*

**MATTHEW N. POPE, P.C.**
900 2nd Avenue
Columbus, Georgia 31902
Tel. (706) 324-2521
Facsimile: (706) 324-0466

*Attorneys for Plaintiff*

## **<u>ORDER</u>**

The stipulation is approved.   The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

IT IS SO ORDERED, this _____ day of _____, 2020.


_____
UNITED STATES DISTRICT JUDGE